UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Roger Allen Scheuerman             Docket No. CR-S–05-0181 FCD

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Roger Allen Scheuerman, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 27th day of April, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:111(a)(1) - Intimidating a Federal Employee.

**BOND CONDITIONS**: Released on his own personal recognizance with pretrial services supervision and special conditions. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On July 1, 2005, the defendant was discharged unsatisfactorily from The Effort Residential Program in Sacramento for failure to comply with the rules and regulations of the agency. The defendant broke the behavioral contract by being around a female client whom he was forbidden to contact.

**PRAYING THAT THE COURT WILL ORDER** a hearing on July 7, 2005, at 2:00 p.m.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                           Respectfully submitted,

                           /s/ Gina Lee Faubion
                           Gina Lee Faubion
                           Pretrial Services Officer
                           July 5, 2005

**ORDER**

____     The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

____     The Court hereby orders this ex parte motion and order be sealed.

____     The Court orders a summons be issued with an appearance date of _____.

 X       The Court hereby orders this matter placed on this court's calendar on **7/7/05**, at 2 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____     The Court orders no action be taken.

                           Considered and ordered this 6th day of
                           July, 2005, and ordered filed and
                           made a part of the records in the above case.

                           _____
                           UNITED STATES MAGISTRATE JUDGE

**Pretrial Services Violation Petition - page 2**
**Scheuerman, Roger**

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Upon the completion of The Effort, residential program, You shall report in person to the Pretrial Services Agency on the first working day following your release;

3. You shall be released from the Sacramento County Jail on May 9, 2005, and report to the Effort Inc., inpatient facility, on said date, and once admitted into the program, you shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, and participate in their program of substance treatment until released by the Pretrial Services Officer;

    a. Defense counsel or a federal investigator shall escort you to the Effort on May, 9, 2005, and all required court hearings and escort you back to the Effort upon completion of the hearing;

4. You are released to the third party custody of The Effort, Inc.;

    a. You shall reside at and participate in The Effort, Inc., as directed by program staff;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer upon completion of the Effort, Inc., inpatient facility;

9. Upon successfully completing The Effort, Inc., inpatient program, you shall reside at a residence approved by Pretrial Services, and not change your residence or absent yourself from this residence without the prior approval of the Pretrial Services Officer; and,

10. You shall not enter any Social Security Administration building or be within 50 yards of the vicinity and shall not have verbal, written, telephonic, or electronic communication with any Social Security Administration employee unless in the presence of defense counsel and/or a federal investigator.