UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 2:05-cr-181 FCD |
| ) | |
| v. ) | |
| ) | **CORRECTED** |
| ) | **DETENTION ORDER**[1] |
| Roger Scheuerman, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

A.  **Order For Detention**
   After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i)

B.  **Statement Of Reasons For The Detention**
   The Court orders the defendant's detention because it finds:
   __X__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
   __X__ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C.  **Findings Of Fact**
   The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
   __X__ (1) Nature and Circumstances of the offense charged:
       __X__ (a) The crime: Intimidating federal employee (18 U.S.C. § 111(a); exposure to 8 years maximum incarceration)
       _____ (b) The offense is a crime of violence.
       _____ (c) The offense involves a narcotic drug.
       _____ (d) The offense involves a large amount of controlled substances.
   _____ (2) The weight of the evidence against the defendant is high.
   __X__ (3) The history and characteristics of the defendant including:
       (a) General Factors:
         _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.
         __X__ The defendant has no family members willing to assist him w/ bond/otherwise.
         __X__ The defendant has no known steady employment (receives SSDI).
         __X__ The defendant has no known substantial financial resources (specifically, no assets available to secure a bond).
         _____ The defendant is not a long time resident of the community.
         _____ The defendant does not have any known significant community ties.
         __X__ Past conduct of the defendant: 20-years-plus of massive amounts of alcohol (beer) on a daily basis; weekly use of methamphetamine since 2003.
         __X__ The defendant has a history relating to drug abuse (see above).
         __X__ The defendant has a significant prior criminal record (including prior convictions for battery, infliction of corporal injury on spouse, reckless driving, driving with suspended license and carrying a concealed weapon in vehicle).
         _____ The defendant has a prior record of failure to appear at court proceedings.

---

[1] This order supersedes the order filed July 11, 2005, is retroactive to that date, and is corrected to reflect the basis of the government's motion made that day, which basis was clarified at hearing on August 25, 2005.

Whether the defendant was on probation, parole, or release by a court;

        At the time of the current hearing, the defendant was on:
- ___ Probation
- ___ Parole
- _X_ Release pending trial in this case, subject to conditions.

(b) Other Factors:
- ___ The defendant is an illegal alien and is subject to deportation.
- ___ The defendant is a legal alien and will be subject to deportation if convicted.
- _X_ Other: Referral to The Effort terminated without successful completion of program; no other inpatient treatment placement available at this time; no alternative satisfactory residential arrangement available at this time

___ (4) Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

___ a. (1) The crime charged is one described in § 3142(f)(1) viz.
- ___ (A) a crime of violence; or
- ___ (B) an offense for which the maximum penalty is life imprisonment or death; or
- ___ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
- ___ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and

(2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and

(3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and

(4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

___ b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
- ___ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
- ___ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
- ___ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
- ___ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
- ___ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D. Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: August 25, 2005

_____
UNITED STATES MAGISTRATE JUDGE