```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGER SCHEUERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0181 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE, VACATING DATES, AND |
| ) | EXCLUDING TIME |
| ROGER SCHEUERMAN, ) | |
| ) | |
| Defendant. ) | Date: September 12, 2005 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, counsel for plaintiff, and Assistant Federal defender Jeffrey L. Staniels, counsel fo defendant ROGER SCHEUERMAN, that the trial confirmation hearing now set for September 12, and the jury trial date now set for September 27, 2005, be vacated and the matter be scheduled for change of plea on this court's regular criminal calendar on October 3, 2005.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. 3161 et. seq. be excluded from September 12, 2005

1  through and including October 3, 2005, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) & (B)(iv), Local Code T-4.
3      **IT IS SO STIPULATED**.

```
Dated:  September 9, 2005         /S/ Kenneth J. Melikian
                                  Kenneth J. Melikian
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


                                  /S/ Jeffrey L Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROGER SCHEUERMAN
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

```
Dated:  September 9, 2005         /s/ Frank C. Damrell Jr.
                                  Hon. Frank C. Damrell
                                  United States District Judge
```