

FILED
OCT - 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ROGER ALLEN SCHEUERMAN,

    Defendant.
_____/

Cr. S-05-0181 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release ROGER ALLEN SCHEUERMAN, Case No. Cr. S-05-0181 FCD, Charge 18 U.S.C. 844(e), MAKING A THREAT TO USE EXPLOSIVE MATERIALS, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

    ___    Unsecured Appearance Bond

      \_\_\_      Appearance Bond with 10% Deposit

      \_\_\_      Appearance Bond with Surety

      \_\_\_      Corporate Surety Bail Bond

      \_\_\_      (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on October 3, 2005 at 11:00 a.m.

Dated:   October 3, 2005

                                                FRANK C. DAMRELL JR.
                                                UNITED STATES DISTRICT JUDGE

## SPECIAL CONDITIONS OF RELEASE

RE:   SCHEUERMAN, Roger Allen
Doc. No. CR-S-05-181-FCD

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency, reporting to Pretrial Services in Sacramento, California;

2. Your residence shall be 2548 Walnut Ave, #7, Carmichael CA 95608 and you shall not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You shall have no direct or indirect contact the Social Security Administration without prior permission of the Pretrial Services Officer;

4. Shall submit to drug testing as directed by the Pretrial Services Officer;

5. Shall obey all laws;

6. Shall comply with counseling arrangements with Dr. Paul Landeman, 3112 O St, Ste 19, Sacramento, CA 95814, 916-801-5805;

October 3, 2005