```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    ROGER SCHEUERMAN
 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,      ) No. 2:05-cr-0181 FCD
                                   )
15              Plaintiff,         )
                                   ) STIPULATION AND ORDER MODIFYING
16       v.                        ) CONDITIONS OF PRETRIAL RELEASE
                                   )
17  ROGER SCHEUERMAN,              )
                                   ) Judge:   Hon. Frank C. Damrell
18              Defendant.         )          (In Chambers)
                                   )
19  _____)

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Kenneth J. Melikian, counsel for plaintiff, and Assistant

22  Federal defender Jeffrey L. Staniels, counsel for defendant ROGER

23  SCHEUERMAN, that the conditions of Mr. Scheuerman's pretrial release be

24  modified to add the following condition:

25       **You shall participate in a program of medical or psychiatric**

26       **treatment, including treatment for drug or alcohol dependency, as**

27       **approved by the Pretrial Services Officer.**

28  / / / /
```

1  The court is advised that the assigned Pretrial Services Officer,
2 Gina Faubion, has requested this modification in order to provide her
3 with the authority to effectuate placing Mr Scheuerman in counseling.
4 The court is further advised that Mr. Scheuerman consents to the
5 addition of this condition, and that Mr. Melikian has authorized Mr.
6 Staniels to sign this stipulation for him.
7  **IT IS SO STIPULATED**.
8
9 Dated:  November 8, 2005           /S/ Kenneth J. Melikian[*]
                                     Kenneth J. Melikian
10                                   Assistant United States Attorney
                                     Counsel for Plaintiff
11                                   (by JLS per authorization)
12
                                     /S/ Jeffrey L Staniels
13                                   JEFFREY L. STANIELS
                                     Assistant Federal Defender
14                                   Attorney for Defendant
                                     ROGER SCHEUERMAN
15
16                           **O R D E R**
17
    **IT IS SO ORDERED**.
18
                    By the Court,
19
20
21 Dated:  November 8, 2005            /s/Frank C. Damrell, Jr.
                                       Hon. Frank C. Damrell
22                                     United States District Judge
23
24
25
26
27
28

Short Name of Pleading              2